IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------X
BYRON BREEZE, JR.,

       Plaintiff,

v.                                                        Civil Action No. 1:22-cv-00729

GLOVER PARK PIZZA LLC,
d/b/a Angelico Pizzeria

and

H STREET PROPERTIES LLC,

       Defendants.
---------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff BYRON BREEZE, JR., by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal with Prejudice as to defendants GLOVER PARK PIZZA LLC d/b/a Angelico Pizzeria, and H STREET PROPERTIES LLC.

Dated this 13th day of April, 2022.

                                                          Respectfully Submitted,

                                                          BASHIAN & PAPANTONIOU, P.C.
                                                          *Attorneys for Plaintiff*
                                                          500 Old Country Road, Ste. 302
                                                          Garden City, NY 11530
                                                          Tel:   (516) 279-1554
                                                          Fax:   (516) 213-0339

                                                          By:  */s/ Erik M. Bashian*
                                                          ERIK M. BASHIAN, ESQ.
                                                          D.C. Bar No. 1657407
                                                         eb@bashpaplaw.com

91901v1